## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton, U.S.D.J. |
| v. | : Crim. No. 16- |
| DIONICIO MENA-BRITO | : Mag. No. 15-6183 |
| | : **ORDER FOR CONTINUANCE** |

  This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sara F. Merin, Assistant United States Attorney), and Defendant Dionicio Mena-Brito (by Michael V. Calabro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and four prior continuances having been granted; and for good and sufficient cause shown,

  **IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

  (1) A plea agreement has been signed, and a Rule 11 Hearing was scheduled for April 4, 2016 before the Honorable Susan D. Wigenton, U.S.D.J.;

  (2) On or about April 1, 2016, Defendant requested that new counsel be assigned to represent him;

  (3) Defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance will likely conserve judicial resources by permitting Defendant sufficient time to discuss his case and his guilty plea with his new counsel; and

(5)     Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 4th day of April, 2016;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including June 1, 2016; and it is further

**ORDERED** that the period from the date this Order is signed through and including June 1, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

Form and entry consented to:

_____
Michael V. Calabro, Esq.
Counsel for Defendant Dionicio Mena-Brito

_____
Sara F. Merin
Assistant United States Attorney

_____
Ronnell L. Wilson
Chief, Narcotics/OCDETF Unit